# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2018

## NO. 03-18-00263-CV

**Robert Henneke, Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on November 15, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.